NUMBER 13-06-445-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________
 
ROBERT ZUNIGA,                                                                      Appellant,

v.

EDINBURG REGIONAL MEDICAL CENTER, ET AL.,              Appellees.
_______________________________________________________

On appeal from the 206th District Court
of Hidalgo County, Texas.
_______________________________________________________

MEMORANDUM OPINION
 
Before Chief Justice Valdez and Justices Yañez and Garza 
Memorandum Opinion Per Curiam

          Appellant, ROBERT ZUNIGA, attempted to perfect an appeal from an order entered
by the 206th District Court of Hidalgo County, Texas, in cause no. C-490-03-D. The clerk’s
record was received on August 14, 2006, and a supplemental clerk’s record was received
on August 16, 2006. 
          A review of the clerk’s record fails to affirmatively reflect that this Court has
jurisdiction over this appeal. Orders disposing of all parties to the plaintiff’s cause of action
were not included in the Clerk’s record; therefore, this Court is unable to determine if the
order from which the appeal is taken is a final appealable order. Pursuant to Tex. R. App.
P. 42.3, notice of this defect was given so that steps could be taken to correct the defect,
if it could be done. Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this notice, the appeal would be dismissed. To date,
appellant has failed to respond to this Court’s notice. 
          The Court, having considered the documents on file and appellant’s failure to
respond to this Court’s notice, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                           PER CURIAM

Memorandum Opinion delivered and filed this
the 28th day of September, 2006.